IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:71CV125 |
| ) | |
| ALAMANCE-BURLINGTON BOARD OF ) | |
| EDUCATION (as successor-in-interest to ) | |
| Burlington City Board of Education), et al., ) | |
| ) | |
| Defendants. ) | |

ORDER AND JUDGMENT

For the reasons set out in the Memorandum Opinion entered contemporaneously herewith,

IT IS ORDERED, ADJUDGED AND DECREED that this Court's Order of July 13, 1971, and any other Orders previously entered in this action, are hereby DISSOLVED, and this case is DISMISSED WITH PREJUDICE.

This, the 15th day of July, 2009.

_____
United States District Judge